# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CARLOS RODARTE** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:09CR00301-001**<br><br>Jeremy S. Kroger<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to count: <u>one (1) of the Information</u>.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. 641 | Theft of Government Property | 6/23/2008 | 1 |

The defendant is sentenced as provided in pages 2 through <u>4</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.        [✔] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 3, 2009
Date of Imposition of Judgment

/s/ Gary S. Austin
Signature of Judicial Officer

**GARY S. AUSTIN**, United States Magistrate Judge
Name & Title of Judicial Officer

December 8, 2009
Date

# UNSUPERVISED PROBATION

The defendant is hereby sentenced to UNSUPERVISED probation for a term of 2 years .

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.  ***NOT APPLICABLE.***

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

[ ]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.  (Check, if applicable.)

[ ]     The defendant shall submit to the collection of DNA as directed by the probation officer.  (Check, if applicable.)

[ ]     The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student.  (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# SPECIAL CONDITIONS OF PROBATION

1. The defendant shall complete 100 hours of unpaid community service. Community service shall be completed by 6/3/2010.

2. The defendant is Ordered to Obey All Laws (local, state and federal).

3. The defendant is Ordered to report any new arrest to the Clerk of the Court.

4. The defendant is Ordered to pay a Special Assessment of $25.00 and restitution to the United States Treasury in the amount of $1,000.00; for a Total of $1,025.00; payments of $50.00 a month, commencing January 1, 2010 and due on the first of each month thereafter until paid in full.  Payments are to be made payable to the Clerk, U.S.D.C. and mailed to the Clerk, U.S.D.C., 2500 Tulare Street, Room 1501, Fresno, California 93721.

5.  A Review Hearing is set for June 3, 2010 at 10:00a.m. before Judge Austin. RL 43 waiver of defendants appearance is given, if defendant is in compliance of the terms of his sentence.  Defendants' attorney can appear before the Court to advise the status on defendants' compliance with the sentence.

| CASE NUMBER: | 1:09CR00301-001 | Judgment - Page 3 of 4 |
|---|---|---|
| DEFENDANT: | CARLOS RODARTE | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 25.00 | $ | $ 1,000.00 |

[ ]  The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✔]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Selma WalMart<br>Attention: APC - Keli<br>3400 Floral Avenue<br>Selma, CA 93662 | | $1,000.00 | |
| TOTALS: | $ ___ | $1,000.00 | |

[]  Restitution amount ordered pursuant to plea agreement $ ___

[]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  []  The interest requirement is waived for the    [] fine    [] restitution

  []  The interest requirement for the  [] fine   [] restitution is modified as follows:

[]  If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[]  If incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

| | |
|---|---|
| CASE NUMBER: 1:09CR00301-001 | Judgment - Page 4 of 4 |
| DEFENDANT: CARLOS RODARTE | |

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [✔]    Lump sum payment of $ 1,025.00 due immediately, balance due

       []    not later than ___ , or
       [✔]   in accordance with     [✔] C,   [] D,    [] E, or [] F below; or

B   []   Payment to begin immediately (may be combined with    [] C,    [] D, or [] F below); or

C   [✔]    Payment in equal monthly installments of $ 50.00, to commence 1/1/2010 and on the 1st of every month thereafter until paid in full; or

D   []   Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   []   Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   []   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[]   The defendant shall pay the cost of prosecution.

[]   The defendant shall pay the following court cost(s):

[]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.